# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JUAN JOSE RAMOS RIVERA

NO. 2026 KW 0362

**JUNE 1, 2026**

---

In Re:   Juan Jose Ramos Rivera, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-22-03053.

---

**BEFORE:   THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT DENIED.** This ruling does not relieve the State from complying with the requirements of **Brady v. Maryland**, 373 U.S. 83, 83 S.Ct 1194, 10 L.Ed.2d 215 (1963) and La. Code Crim. P. art. 729.3.

**MRT**
**BDH**

**Balfour, J.,** dissents and would grant the writ application. I find that the limited information that was provided to this court does not reflect that the State made a sufficiency *prima facie* showing under La. Code Crim. P. art. 729.7.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana Supreme Court.